\* HATTIE R. DOUGLASS, *Appellant*, V. JULIA MCGINNIS, as Administratrix, etc., et al., *Appellees.*

No. 11,735.

Appeal from Shawnee district court. Opinion filed April 6, 1901. Affirmed.

*John C. Douglass*, of Leavenworth, and *Vance & Campbell*, of Topeka, for the appellant.

*Charles Hayden, Sidney Hayden, James H. Lowell*, all of Holton, and *A. Bergen*, of Topeka, for the appellees.

*Per Curiam:* This case will be affirmed on the authority of *Deming v. Douglass*, 60 Kan. 738, 57 Pac. 954.

CUNNINGHAM and POLLOCK, JJ., dissenting.